**Motion Granted and Order filed March 9, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00124-CV
_____

## MONTROSE ER, LLC AND DR. ROBERT PHELAN III, Appellants

## V.

## 1110 W. GRAY, L.L.C., Appellees

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-02426**

---

## ORDER

This is an accelerated appeal from an interlocutory order signed March 2, 2021. On March 8, 2021, appellants filed a motion in this court requesting temporary orders pursuant to Texas Rule of Appellate Procedure 29. Rule 29.3 provides that in an appeal from an interlocutory order, an appellate court may make "any temporary orders necessary to preserve the parties' rights until disposition of the appeal and may require appropriate security." Tex. R. App. P. 29.3.

Appellant requests that we stay all proceedings in the trial court and the trial court's order of March 2, 2021, pending our decision in this interlocutory appeal.

It appears from the facts stated in the motion that appellant's rights will be prejudiced unless immediate temporary relief is granted. Accordingly, we grant the motion and issue the following order.

The March 2, 2021 order in trial court cause number 2021-02426, styled *Montrose ER, LLC and Dr. Robert Phelan, III v. 1110 W. Gray, LLC*., is stayed until further order of this court. Tex. R. App. P. 29.3. Appellee is requested to file a response to the motion for temporary orders by March 17, 2021. Appellants' reply, if any, will be due five days after appellee's response is filed.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Spain and Wilson.